1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER HOLLAND, et al.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>THE RELATED COMPANIES, et al.,<br><br>             Defendants. | Case No:  C 15-3220 SBA<br><br>**ORDER OF RECUSAL** |

    I HEREBY recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section D.2 of the Assignment Plan of this Court.  All pending dates of motions, pretrial conferences and trial are hereby vacated and will be reset by the newly assigned judge.

    IT IS SO ORDERED.

Dated:  7/17/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge