IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HOLLAND, et al.,<br><br>         Plaintiffs,<br><br>  v.<br><br>THE RELATED COMPANIES, INC., et al.,<br><br>         Defendants. | No. C 15-03220 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR A PRELIMINARY INJUNCTION** |

Now before the Court is the motion for an order shortening time filed by Plaintiffs Peter and Kristen Holland (collectively referred to as "Plaintiffs") on their motion for a preliminary injunction. The Court HEREBY GRANTS the motion to shorten time and SETS the hearing on the motion for a preliminary injunction at 10:00 a.m. on July 23, 2015. Defendants shall file an opposition to the motion for preliminary injunction by no later than 10:00 a.m. on July 21, 2015. Plaintiffs shall file a reply, if any, by no later than 10:00 a.m. on July 22, 2015. If Defendants agree to provide the relief requested by Plaintiffs by no later than July 23, 2015, the Court will vacate the hearing. Plaintiffs are hereby ORDERED to serve Defendants with a copy of this Order by no later than 5:30 p.m. on July 17, 2015 and shall file proof of such service at its completion.

**IT IS SO ORDERED.**

Dated: July 17, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE