1 Karl P. Schlecht, Bar #182294
2 Eli A. Gordon, Bar #252823
Kimball, Tirey & St. John LLP
3 2040 Main Street, Suite 500
Irvine, CA 92614
4 Telephone: (949) 476-5585
Facsimile:  (949) 502-5665

5 Attorneys for Defendants
THIRD AND MISSION
6 ASSOCIATES, LLC; and RELATED
MANAGEMENT COMPANY, L.P.
7 (*incorrectly sued as The Related Companies, Inc.*)
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PETER HOLLAND and KRISTEN HOLLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>THE RELATED COMPANIES, INC.; THIRD AND MISSION ASSOCIATES, LLC, DOES 1 THROUGH 10,<br><br>Defendants. | Hon. Judge Jeffery S. White<br><br>Case No.  4:15-CV-03220 JSW<br><br>**NOTICE OF APPEAL**<br><br>[**PRELIMINARY INJUNCTION APPEAL**] |

1  Notice is hereby given that THIRD AND MISSION ASSOCIATES, LLC
2  and RELATED MANAGEMENT COMPANY, L.P. (*incorrectly sued as The*
3  *Related Companies, Inc.*), defendants in the above case, hereby appeal to the
4  United States Court of Appeals for the Ninth Circuit from the order entered on
5  July 23, 2015 in U.S. District Court for the Northern District of California (Case
6  No. C 15-03220 JSW) granting plaintiffs Peter Holland and Kristen Holland's
7  motion for preliminary injunction.

9  DATED:  August 14, 2015                KIMBALL, TIREY & ST. JOHN LLP

11                                        By: /s/ Karl P. Schlecht
12                                        Karl P. Schlecht
                                          Eli A. Gordon
13                                        Attorneys for Defendants THIRD AND
14                                        MISSION ASSOCIATES, LLC; and
                                          RELATED MANAGEMENT
15                                        COMPANY, L.P. (*incorrectly sued as*
16                                        *The Related Companies, Inc.*)

## **REPRESENTATION STATEMENT**

The undersigned represents THIRD AND MISSION ASSOCIATES, LLC; and RELATED MANAGEMENT COMPANY, L.P. (incorrectly sued as The Related Companies, Inc.), defendants and appellants in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, email and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

DATED: August 14, 2015            KIMBALL, TIREY & ST. JOHN LLP

                                  By: /s/ Karl P. Schlecht
                                  Karl P. Schlecht
                                  Eli A. Gordon

**SERVICE LIST OF REPRESENTATION STATEMENT**

Plaintiff and Respondent:

    Kristen Holland

Counsels for Plaintiff and Respondent, Kristen Holland:

Paul L. Rein
Celia McGuinness
Catherine Cabalo
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone Number: (510) 832-4787
Facsimile: (510) 832-4787
Email: reinlawoffice@aol.com
Email: cmcguinness@reinlawoffice.com
Email: ccabalo@reinlawoffice.com


Steven L. Derby
THE DERBY LAW FIRM P.C.
1255 Treat Blvd., Suite 300
Walnut Creek, CA 94597
Telephone: (925) 472-6640
Facsimile: (925) 933-3964
Email: derby@derbydisabilitylaw.com

Plaintiff and Respondent:

    Peter Holland

Counsels for Plaintiff and Respondent, Peter Holland:

Paul L. Rein
Celia McGuinness
Catherine Cabalo
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone Number: (510) 832-4787
Facsimile: (510) 832-4787
Email: reinlawoffice@aol.com
Email: cmcguinness@reinlawoffice.com
Email: ccabalo@reinlawoffice.com


Steven L. Derby
THE DERBY LAW FIRM P.C.
1255 Treat Blvd., Suite 300
Walnut Creek, CA 94597
Telephone: (925) 472-6640

Facsimile: (925) 933-3964
Email: derby@derbydisabilitylaw.com

<u>Defendant and Appellant:</u>

      Third and Mission Associates, LLC

<u>Counsels for Defendant and Appellant, Third and Mission Associates, LLC:</u>

Karl P. Schlecht, Esq.
Eli A. Gordon, Esq.
Kimball, Tirey & St. John LLP
2040 Main Street, Suite 500
Irvine, CA 92614
Telephone:  (949) 476-5585
Facsimile:   (949) 502-5665
Email: Karl.Schlecht@kts-law.com
Email: Eli.Gordon@kts-law.com

<u>Defendant and Appellant:</u>

      Related Management Company, L.P. (*incorrectly sued as The Related Companies, Inc.*)

<u>Counsels for Defendant and Appellant, Related Management Company, L.P. (*incorrectly sued as The Related Companies, Inc.*):</u>

Karl P. Schlecht, Esq.
Eli A. Gordon, Esq.
Kimball, Tirey & St. John LLP
2040 Main Street, Suite 500
Irvine, CA 92614
Telephone:  (949) 476-5585
Facsimile:   (949) 502-5665
Email: Karl.Schlecht@kts-law.com
Email: Eli.Gordon@kts-law.com

## PROOF OF SERVICE

I, Tatiana Harris, declare:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen (18) years, and not a party to the within action. I am employed in the County of Los Angeles, California, in which county the within-mentioned mailing occurred. My business address is 555 South Flower Street, Suite 3400, Los Angeles, CA 90071.

On August 14, 2015, I served the following document(s):

## NOTICE OF APPEAL

on the following parties:

| | |
|---|---|
| Paul L. Rein | Steven L. Derby |
| Celia McGuinness | THE DERBY LAW FIRM P.C. |
| Catherine Cabalo | 1255 Treat Blvd., Suite 300 |
| LAW OFFICES OF PAUL L. REIN | Walnut Creek, CA 94597 |
| 200 Lakeside Drive, Suite A | Facsimile: (925) 933-3964 |
| Oakland, CA 94612 | Email:derby@derbydisabilitylaw.com |
| Facsimile: (510) 832-4787 | |
| Email: reinlawoffice@aol.com | |
| Email: cmcguinness@reinlawoffice.com | |
| Email: ccabalo@reinlawoffice.com | |

XX    **(BY MAIL)** I placed a true and correct copy of the document(s) in a sealed envelope addressed as follows and I caused the envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

XX    (**ELECTRONICALLY**) I caused this document(s) to be electronically filed with the court and a Notice of Electronic Filing (NEF) is automatically generated by the CM/ECF system and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil for all attorneys who have consented to electronic service. Attorneys not registered for the CM/ECF system or who did not consent to electronic service must be served as otherwise provided by the Federal Rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 14, 2015, at Los Angeles, California.

/s/ Tatiana Harris
_____
Tatiana Harris