Karl P. Schlecht (SBN 182294)
Karl.Schlect@kts-law.com
Eli A. Gordon (SBN 252823)
Eli.Gordon@kts-law.com
**Kimball, Tirey & St. John LLP**
2040 Main Street, Suite 500
Irvine, CA 92614
Telephone:  (949) 476-5585
Facsimile:   (949) 502-5665

Attorneys for Defendants,
THIRD AND MISSION ASSOCIATES, LLC; and RELATED MANAGEMENT COMPANY, L.P.
(*incorrectly sued as The Related Companies, Inc.*)

# THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HOLLAND and KRISTEN HOLLAND,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE RELATED COMPANIES, INC.; THIRD AND MISSION ASSOCIATES, LLC, DOES 1 THROUGH 10,<br><br>    Defendants. | Hon. Judge Jeffery S. White<br><br>Case No.  4:15-CV-03220 JSW<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY CUT OFF DATE AND [PROPOSED] ORDER**<br><br>Complaint Filed:  July 10, 2015<br><br>Current Discovery Cut-Off Date: January 15, 2016<br><br>Proposed New Discovery Cut-Off Date: March 10, 2016 |

///

///

///

1

**JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE**

1.     WHEREAS, this case was filed on July 10, 2015, on July 23rd the Court granted a motion for preliminary injunction filed by plaintiffs, and on August 14th defendants appealed that ruling, which appeal is pending;

2.     WHEREAS, on October 8, 2015, the Court set the following litigation schedule for this case:

> Discovery Cut-off: January 15, 2016
>
> Designation of Experts: February 15, 2016
>
> Hearing of Dispositive Motions: April 15, 2016
>
> Pretrial Conference: June 27, 2016 at 2:00 p.m.
>
> Jury Selection and Trial: August 1, 2016 at 8:00 a.m.

3.     WHEREAS, on or about November 13, 2015, counsel for Defendants THIRD AND MISSION ASSOCIATES, LLC; and RELATED MANAGEMENT COMPANY, L.P. (*incorrectly sued as The Related Companies, Inc.*) ("Defendants") and counsel for Plaintiffs PETER HOLLAND and KRISTEN HOLLAND ("Plaintiffs") participated in a further Rule 26f conference in order to meet and confer regarding the remaining discovery, deposition, and scheduling issues in this matter;

4.     WHEREAS, during said conference, it was determined between counsel that, given the substantial amount of discovery left to be conducted in this matter, including, but not limited to, over a dozen depositions, some occurring out of state; the presence of the holiday season; and obligations of counsel in cases other than the present matter; the discovery cut-off date in this matter currently set for January 16, 2016 should be continued to March 10, 2016 in order for the parties to complete necessary discovery in this matter and in the interests of justice.

**IT IS HEREBY STIPULATED** by and between Plaintiffs, through their counsel of record Celia McGuinness of the Law Offices of Paul Rein, and Steven Derby of The Derby Law Firm, P.C., and Defendants, through their counsel of record, Eli A. Gordon of Kimball, Tirey & St. John LLP, as follows:

1  The parties have agreed to request that the Court continue the discovery cut-off date of January 16, 2016 s to March 10, 2016. All other pertinent dates set forth in the court's case management order in this matter dated October 2, 2015 shall remain the same.

Dated:  November 23, 2015

        LAW OFFICES OF PAUL L. REIN
        Attorneys for Plaintiffs PETER HOLLAND and KRISTEN HOLLAND

        By:  /s/ Celia McGuinness
        Celia McGuinness, Esq.

Dated:  November 23, 2015

        THE DERBY LAW FIRM, P.C.
        Attorneys for Plaintiffs PETER HOLLAND and KRISTEN HOLLAND

        By:  /s/ Steven L. Derby
        Steven L. Derby, Esq.

Dated:  November 23, 2015

        KIMBALL, TIREY & ST. JOHN LLP
        Attorneys for Defendants THIRD AND MISSION ASSOCIATES, LLC; and RELATED MANAGEMENT COMPANY, L.P. (*incorrectly sued as The Related Companies, Inc.*)

        By:  /s/ Eli A. Gordon
        Eli A. Gordon, Esq.

**JOINT STIPULATION TO EXTEND DISCOVERY CUT-OFF DATE**

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Celia McGuinness and Steven L. Derby, counsel for Plaintiffs, and that I have obtained their authorization to affix their respective electronic signatures to this document. I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

DATED: November 23, 2015          KIMBALL, TIREY & ST. JOHN LLP

By: /s/ Eli A. Gordon
Eli A. Gordon
Attorney for Defendants,
THIRD AND MISSION ASSOCIATES, LLC; and RELATED MANAGEMENT COMPANY, L.P.
(*incorrectly sued as The Related Companies, Inc.*)

## [~~PROPOSED~~] AMENDED CASE MANAGEMENT ORDER

Upon the stipulation of the parties, and good cause appearing therefore, the case management order in this matter which entered on October 2, 2015 is hereby amended as follows:

1. The discovery cut-off date of January 16, 2016 is vacated and continued to March 10, 2016.
2. All other applicable dates contained in said order shall remain unchanged.

Dated: November 30, 2015

_____
Hon. Jeffery S. White

**ORDER**

Kimball, Tirey
& St. John
Attorneys At Law
IRVINE