LYN R. AGRE (SBN 178218)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 655-4308
Facsimile: (415) 398-5030
lagre@kasowitz.com

Attorneys for Defendants
RELATED MANAGEMENT COMPANY, L.P.
(*incorrectly sued as The Related Companies, Inc.*)
and THIRD AND MISSION ASSOCIATES, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HOLLAND and KRISTEN HOLLAND,<br><br>Plaintiffs,<br><br>v.<br><br>THE RELATED COMPANIES, INC.; THIRD AND MISSION ASSOCIATES, LLC; DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 4:15-CV-03220 JSW<br><br>Hon. Judge Jeffery S. White<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES SET IN OCTOBER 2, 2015 CASE MANAGEMENT ORDER (DKT. NO. 45)** AS MODIFIED HEREIN |

1

Stipulation and [Proposed] Order Continuing Deadlines Set in October 2, 2015 Case Management Order
(dkt. 45); Case No. 4:15-CV-03220

1	By and through their attorneys of record, Defendants THIRD AND MISSION
2	ASSOCIATES, LLC and RELATED MANAGEMENT COMPANY, L.P. (*incorrectly sued as*
3	*The Related Companies, Inc.*) ("Defendants") and Plaintiffs PETER HOLLAND and KRISTIN
4	HOLLAND ("Plaintiffs") hereby stipulate and agree as follows:
5	WHEREAS, the Court entered a scheduling order on October 2, 2015 (dkt. No. 45) setting
6	case deadlines pursuant to stipulation of the parties;
7	WHEREAS, the Court approved the substitution of Kasowitz, Benson, Torres & Friedman
8	LLP in place of Kimball, Tirey & St. John LLP as Defendants' counsel of record on December 18,
9	2015;
10	WHEREAS, Defendants' new lead counsel, Lyn Agre, represents witnesses in a matter
11	pending before the Honorable Charles R. Breyer in the United States District Court for the
12	Northern District of California (*United States v. Federal Express Corporation*, Case No. 14-CR-
13	380), which is set for trial on July 13, 2016 and expected to last several months;
14	WHEREAS, Defendants' new counsel and Plaintiffs' counsel have met and conferred, and
15	agree that extension of certain of the deadlines in the current scheduling order is warranted.
16	IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and
17	their respective undersigned attorneys, as follows:
18	The parties respectfully jointly request that the Court continue the deadlines set forth in the
19	October 2, 2015 Case Management Order as follows:

20	Discovery Cut-off                May 2, 2016
21	Designation of experts           May 2, 2016
22	Expert discovery cut-off         May 31, 2016
23	Hearing of dispositive motions   July 8, 2016
24	Pretrial conference              September 26, 2016
25	Jury selection & trial           October 31, 2016

2

Stipulation and [Proposed] Order Continuing Deadlines Set in October 2, 2015 Case Management Order
(dkt. 45); Case No. 4:15-CV-03220

Respectfully submitted,

DATED: January 14, 2016          /s/ Lyn R. Agre
                                 Lyn R. Agre
                                 KASOWITZ, BENSON, TORRES
                                 & FRIEDMAN LLP

                                 Attorneys for Defendants
                                 THIRD AND MISSION ASSOCIATES, LLC and
                                 RELATED MANAGEMENT COMPANY, L.P.
                                 (*incorrectly sued as The Related Companies, Inc*.)

DATED: January 14, 2016          /s/ Steven L. Derby
                                 Steven L. Derby
                                 THE DERBY LAW FIRM P.C.

                                 Attorneys for Plaintiffs
                                 PETER HOLLAND and
                                 KRISTEN HOLLAND

DATED: January 14, 2016           /s/ Celia McGuinness
                                 Paul L. Rein
                                 Celia McGuinness
                                 Catherine Cabalo
                                 LAW OFFICES OF PAUL L. REIN

                                 Attorneys for Plaintiffs
                                 PETER HOLLAND and
                                 KRISTEN HOLLAND

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, it is hereby ordered that the deadlines set forth in the October 2, 2015 Case Management Conference Order are vacated and reset as follows:

| | |
|---|---|
| Discovery Cut-off | May 2, 2016 |
| Designation of experts | May 2, 2016 |
| Expert discovery cut-off | May 31, 2016 |
| Hearing of dispositive motions | July 8, 2016 |
| Pretrial conference | September 26, 2016 at 2:00 p.m. |
| Jury selection | October 26, 2016 at 8:00 a.m. |
| ~~Jury selection & trial~~ Trial | October 31, 2016 at 8:00 a.m. |

**IT IS SO ORDERED.**

DATED: January 15, 2016

_____
Honorable Jeffery S. White