LYN R. AGRE (SBN 178218)
MARGARET A. ZIEMIANEK (SBN 233418)
GUNNAR K. MARTZ (SBN 300852)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 655-4308
Facsimile: (415) 398-5030
lagre@kasowitz.com
mziemianek@kasowitz.com
gmartz@kasowitz.com

Attorneys for Defendants
THE RELATED COMPANIES, INC.,
THIRD AND MISSION ASSOCIATES, LLC,
and RELATED MANAGEMENT COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HOLLAND and KRISTEN HOLLAND,<br><br>  Plaintiffs,<br><br>v.<br><br>THE RELATED COMPANIES, INC.; THIRD AND MISSION ASSOCIATES, LLC; RELATED MANAGEMENT COMPANY, L.P.; DOES 1 through 10, inclusive<br><br>  Defendants. | Case No. 4:15-CV-03220 JSW<br><br>Hon. Judge Jeffery S. White<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES SET IN JANUARY 15, 2016 ORDER (DKT. NO. 51)** |

By and through their attorneys of record, Defendants THE RELATED COMPANIES, INC., THIRD AND MISSION ASSOCIATES, LLC, and RELATED MANAGEMENT COMPANY, L.P. (collectively, "Defendants") and Plaintiffs PETER HOLLAND and KRISTIN HOLLAND ("Plaintiffs") hereby stipulate and agree as follows:

WHEREAS, the Court entered an order on January 15, 2016, (Dkt. No. 51) setting case deadlines pursuant to stipulation of the parties;

WHEREAS, Defendants' counsel and Plaintiffs' counsel have met and conferred, and agree that extension of certain of the deadlines in the current scheduling order is warranted.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, as follows:

The parties respectfully jointly request that the Court continue the deadlines set forth in the January 15, 2016 Order as follows:

| | |
|---|---|
| Discovery Cut-off | May 23, 2016 |
| Designation of experts | May 23, 2016 |
| Expert discovery cut-off | June 20, 2016 |

The parties propose no change to the following deadlines set forth in the January 15, 2015 Order:

| | |
|---|---|
| Hearing of dispositive motions | July 8, 2016 |
| Pretrial conference | September 26, 2016 at 2:00 p.m. |
| Jury selection | October 26, 2016 at 8:00 a.m. |
| Trial | October 31, 2016 at 8:00 a.m. |

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 28, 2016        /s/ Lyn R. Agre
                             Lyn R. Agre
                             KASOWITZ, BENSON, TORRES
                             & FRIEDMAN LLP

                             Attorneys for Defendants
                             THE RELATED COMPANIES, INC.,
                             THIRD AND MISSION ASSOCIATES,
                             LLC, and RELATED MANAGEMENT
                             COMPANY, L.P.

DATED: April 28, 2016         /s/ Celia McGuinness
                             Paul L. Rein
                             Celia McGuinness
                             Catherine Cabalo
                             LAW OFFICES OF PAUL L. REIN

                             Steven L. Derby
                             THE DERBY LAW FIRM P.C.

                             Attorneys for Plaintiffs
                             PETER HOLLAND and
                             KRISTEN HOLLAND

**CERTIFICATION OF COMPLIANCE WITH L.R. 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is acceptable to Celia McGuinness and Steven L. Derby, counsel for Plaintiffs, and that I have obtained their authorization to affix their respective electronic signatures to this document.

DATED: April 28, 2016              /s/ Lyn R. Agre
                                   Lyn R. Agre
                                   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                   Attorneys for Defendants
                                   THE RELATED COMPANIES, INC.,
                                   THIRD AND MISSION ASSOCIATES, LLC, and
                                   RELATED MANAGEMENT COMPANY, L.P.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, it is hereby ordered that the deadlines set forth in the January 15, 2016 Order are vacated and reset as follows:

| | |
|---|---|
| Discovery Cut-off | May 23, 2016 |
| Designation of experts | May 23, 2016 |
| Expert discovery cut-off | June 20, 2016 |
| Hearing of dispositive motions | July 8, 2016 |
| Pretrial conference | September 26, 2016 at 2:00 p.m. |
| Jury selection | October 26, 2016 at 8:00 a.m. |
| Trial | October 31, 2016 at 8:00 a.m. |

**IT IS SO ORDERED.**

DATED: April 29, 2016

_____
Honorable Jeffery S. White

5

Stipulation and [Proposed] Order Continuing Deadlines Set in January 15, 2016 Order (Dkt. No. 51); Case No. 4:15-CV-03220