UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HOLLAND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE RELATED COMPANIES, INC., et al.,<br><br>Defendants. | Case No.  15-cv-03220-JSW<br><br>**ORDER OF REFERRAL**<br><br>Re: Docket No. 68 |

On May 4, 2016, non-party Shawn Bankson, filed a Discovery Letter Brief, seeking to quash a deposition subpoena served by Plaintiffs.[1]  Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the letter brief, and any future discovery disputes, to a randomly assigned Magistrate Judge for resolution.  If the parties have not received a referral within fourteen (14) days of the date of this Order, please contact the Court's Courtroom Deputy at 510-637-3541.

**IT IS SO ORDERED.**

Dated: May 5, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc: Magistrate Referral Clerk

---

[1] Although the brief is not in a letter format, it does include both parties' positions on the issue and is signed by counsel for both parties.