LYN R. AGRE (SBN 178218)
MARGARET A. ZIEMIANEK (SBN 233418)
GUNNAR K. MARTZ (SBN 300852)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California  94111
Telephone:  (415) 655-4308
Facsimile:  (415) 398-5030
lagre@kasowitz.com
mziemianek@kasowitz.com
gmartz@kasowitz.com

Attorneys for Defendants
THE RELATED COMPANIES, INC.,
THIRD AND MISSION ASSOCIATES, LLC,
and RELATED MANAGEMENT COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HOLLAND and KRISTEN HOLLAND,<br><br>         Plaintiffs,<br><br>v.<br><br>THE RELATED COMPANIES, INC.; THIRD AND MISSION ASSOCIATES, LLC; RELATED MANAGEMENT COMPANY, L.P.; DOES 1 through 10, inclusive<br><br>         Defendants. | Case No.  4:15-CV-03220 JSW<br><br>Hon. Judge Jeffery S. White<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINES SET IN APRIL 29, 2016 ORDER (DKT. NO. 65)**<br> AS MODIFIED |

By and through their attorneys of record, Defendants THE RELATED COMPANIES, INC., THIRD AND MISSION ASSOCIATES, LLC, and RELATED MANAGEMENT COMPANY, L.P. (collectively, "Defendants") and Plaintiffs PETER HOLLAND and KRISTIN HOLLAND ("Plaintiffs") hereby stipulate and agree as follows:

WHEREAS, the Court entered an order on April 29, 2016 (Dkt. No. 65), setting case deadlines pursuant to stipulation of the parties;

WHEREAS, the current schedule is as follows:

| | |
|---|---|
| Fact discovery cut-off | May 23, 2016 |
| Designation of experts | May 23, 2016 |
| Expert discovery cut-off | June 20, 2016 |
| Hearing of dispositive motions | July 8, 2016 |
| Pretrial conference | September 26, 2016 at 2:00 p.m. |
| Jury selection | October 26, 2016 at 8:00 a.m. |
| Trial | October 31, 2016 at 8:00 a.m. |

WHEREAS, Defendants' counsel and Plaintiffs' counsel have met and conferred, and agree that extension of certain of the deadlines in the current scheduling order is warranted.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, as follows:

The parties respectfully jointly request that the Court continue the deadlines set forth in the April 29, 2016 Order as follows:

| | |
|---|---|
| Fact discovery cut-off | May 27, 2016[1] |
| Designation of experts | June 22, 2016 |
| Expert discovery cut-off | July 15, 2016 |
| Hearing of dispositive motions | July 22, 2016 |

---

[1] Thereby extending the deadline to file discovery motions to June 3, 2016, pursuant to Local Rule 37-3.

1  The parties propose no change to the other deadlines.

2

3  IT IS SO STIPULATED.

4
                                              Respectfully submitted,
5

6

7  DATED: May 27, 2016                  /s/ Lyn R. Agre
                                        Lyn R. Agre
8                                       KASOWITZ, BENSON, TORRES
                                        & FRIEDMAN LLP
9
                                        Attorneys for Defendants
10                                      THE RELATED COMPANIES, INC.,
                                        THIRD AND MISSION ASSOCIATES, LLC, and
11                                      RELATED MANAGEMENT COMPANY, L.P.

12

13 DATED: May 27, 2016                   /s/ Celia McGuinness
                                        Paul L. Rein
14                                      Celia McGuinness
                                        LAW OFFICES OF PAUL L. REIN
15

16                                      Steven L. Derby
                                        THE DERBY LAW FIRM P.C.
17
                                        Attorneys for Plaintiffs
18                                      PETER HOLLAND and
                                        KRISTEN HOLLAND
19

20

21

22

23

24

25

26

27

28

1  **CERTIFICATION OF COMPLIANCE WITH L.R. 5-1(i)(3)**

2  Pursuant to Local Rule 5-1(i)(3), I hereby certify that the content of this document is

3  acceptable to Celia McGuinness and Steven L. Derby, counsel for Plaintiffs, and that I have

4  obtained their authorization to affix their respective electronic signatures to this document.

6  DATED: May 27, 2016         /s/ Lyn R. Agre
                                Lyn R. Agre
7                               KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

8                               Attorneys for Defendants
                                THE RELATED COMPANIES, INC.,
9                               THIRD AND MISSION ASSOCIATES, LLC, and
                                RELATED MANAGEMENT COMPANY, L.P.

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, it is hereby ordered that the following deadlines set forth in the April 29, 2016 Order are vacated and reset as follows:

| | |
|---|---|
| Fact discovery cut-off | May 27, 2016 |
| Designation of experts | June 22, 2016 |
| Expert discovery cut-off | July 15, 2016 |
| Hearing of dispositive motions | July 22, 2016 |
| Pretrial conference | September 26, 2016 at 2:00 p.m. |
| Jury selection | October 26, 2016 at 8:00 a.m. |
| Trial | October 31, 2016 at 8:00 a.m. |

**IT IS SO ORDERED.** The parties shall review this Court's deadlines relating to pre-trial conferences, including the deadlines by which they must exchange motions in limine. The Court reserves the right to continue the pretrial conference and trial if required.

DATED: May 31, 2016

_____
Honorable Jeffery S. White