PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:     510/832-5001
Facsimile:     510/832-4787
reinlawoffice@aol.com

STEVEN L. DERBY, Esq. (SBN 148372)
THE DERBY LAW FIRM P.C.
1255 Treat Blvd., Suite 300
Walnut Creek, CA  94597
Telephone:     925/472-6640
Facsimile:     925/933-3964
derby@derbydisabilitylaw.com

Attorneys for Plaintiffs
PETER HOLLAND and KRISTEN HOLLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HOLLAND and KRISTEN HOLLAND,<br><br>    Plaintiff,<br><br>v.<br><br>THE RELATED COMPANIES, INC.; THIRD AND MISSION ASSOCIATES, LLC; DOES 1 through 10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 3:15-cv-03220-JSC<br><u>Civil Rights</u><br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND COMPLAINT**<br>AND ORDER THEREON<br>(Local Rule 6-1(b), 6-3) |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, effective immediately, pursuant to Civil Local Rule 7-7(e), plaintiffs PETER HOLLAND and KRISTEN HOLLAND do hereby withdraw Docket No. 93 filed on June 9, 2016, without prejudice.

1  Dated: June 29, 2016				LAW OFFICES OF PAUL L. REIN
						THE DERBY LAW FIRM P.C.

						  /s/ Celia McGuinness
						by CELIA McGUINNESS, Esq.
						Attorney for Plaintiffs PETER HOLLAND
						and KRISTEN HOLLAND

The Motion for Leave to File a Second Amended Complaint is terminated, and the hearing scheduled for July 15, 2016 is VACATED.

June 30, 2016

IT IS SO ORDERED

*Jeffrey S. White*
Judge Jeffrey S. White

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

APPLICATION FOR AN ORDER SHORTENING TIME FOR
HEARING ON P'S MOTION FOR A PRELIMINARY INJUNCTION   -2-   S:\CASES\RELATED CORP\Pleadings\motion for 2AC\Notice of Withdrawal.wpd