UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HOLLAND, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>THE RELATED COMPANIES, INC., et al.,<br><br>   Defendants. | Case No. 15-cv-03220-JSW<br><br>**ORDER RESOLVING ADMINISTRATIVE MOTION RE SEALING OF EXHIBITS**<br><br>Re: Dkt. No. 110 |

Plaintiffs have filed an administrative motion regarding the sealing of Exhibits 11-15 to the Declaration of Celia McGuinness in support of their motion for summary judgment. Each of these exhibits was designated as confidential by Defendants. Plaintiff contends that none of the documents should be filed under seal, and they ask that they be permitted to file the exhibits in the public record. Defendants have submitted a declaration that withdraws the confidentiality designation for Exhibits 11-13 and 15. Accordingly, Plaintiff shall file those exhibits in the public record.

A party must present "'compelling reasons'" "to seal judicial records attached to a dispositive motion." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006); *accord Center for Auto Safety v. Chrysler Group*, LLC, 809 F.3d 1092, 1097 (9th Cir. 2016). Defendant attests that Exhibit 14 consists of confidential financial information. (Declaration of Lyn R. Agre, ¶¶ 5-6.) Defendants have shown compelling reasons to seal a portion of this document. *Center for Auto Safety*, 809 F.3d at 1097. Defendants note, however, that the pages that are bates stamped "Related002225-2226 and Related002248 do not contain any sensitive financial information. Thus, Defendants also have satisfied the requirement to ensure that a sealing order is narrowly tailored.

1    Therefore, the Court DENIES, IN PART, Plaintiffs' request to file Exhibit 14 in the public
2 record.  Plaintiff shall file a redacted version of Exhibit 14.  Pages Related002225-2226 and
3 Related002248 of that exhibit shall be filed in the public record, and the rest of the exhibit shall
4 remain under seal.
5    **IT IS SO ORDERED.**
6 Dated: July 7, 2016

_____
JEFFREY S. WHITE
United States District Judge