1  CELIA MCGUINNESS, Esq. (SBN 159420)
2  PAUL L. REIN, Esq. (SBN 43053)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA  94612
4  Telephone:  510/832-5001
   Facsimile:  510/832-4787
5  reinlawoffice@aol.com

6  STEVEN L. DERBY, ESQ. (SBN 148372)
   THE DERBY LAW FIRM P.C.
7  1255 Treat Blvd. Suite 300
   Walnut Creek, CA  94597
8  Telephone: (925) 472-6640
   Facsimile:  (925) 933-3964
9  derby@derbydisabilitylaw.com

10 Attorneys for Plaintiffs
   PETER HOLLAND and KRISTEN HOLLAND

11 * Defendants' counsel listed after the caption.

12

13              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA

14

15 PETER HOLLAND and KRISTEN HOLLAND,    CASE NO. 4:15-cv-03220 JSW EDL
                                         **Civil Rights**
16           Plaintiffs,
                                         **REQUEST FOR DISMISSAL WITH
17 v.                                    PREJUDICE OF THE RELATED
                                         COMPANIES, INC. AND ~~[PROPOSED]~~**
18 THE RELATED COMPANIES, INC.; THIRD    **ORDER FOR DISMISSAL**
   AND MISSION ASSOCIATES, LLC;           AS MODIFIED HEREIN
19 RELATED MANAGEMENT COMPANY, L.P.;
   DOES 1 through 10, Inclusive          **FRCP 41(a)(2)**
20
                  **Defendants.**
21

22

23       Plaintiffs PETER HOLLAND and KRISTEN HOLLAND ("PLAINTIFFS") hereby jointly

24 request through their attorneys of record that this action be and is hereby dismissed with prejudice

25 pursuant to FRCP 41(a)(1) as to Defendant THE RELATED COMPANIES, INC., ONLY with each

26 party to bear their own attorney's fees and costs.

27

28

1   Date: July 22, 2016                    LAW OFFICE OF PAUL L. REIN

2

3                                          By: ___/s/ Celia McGuinness___
                                           CELIA McGUINNESS, ESQ.
4                                          Attorneys for Plaintiffs
                                           PETER HOLLAND and KRISTEN HOLLAND

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    ~~[PROPOSED]~~ **ORDER**

2         Pursuant to Plaintiffs' request for dismissal with prejudice of The Related Companies, Inc.

3    and for good cause shown, **IT IS SO ORDERED**.  Although Plaintiffs request that the Court's Order

4    provide that each party shall bear its own attorney's fees and costs, Plaintiffs have not shown that The

     Related Companies, Inc. agrees to a dismissal on those terms.  Therefore, this Court shall not make that a

5    condition of this Order.  However, it also expresses no opinion on whether The Related Companies, Inc.

     would be entitled to seek such fees and costs.

6    Dated: _____, ~~2016~~              _____

7         July 22, 2016                    Honorable Jeffrey S. White
                                           U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28